# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| ROBERT BERG, On Behalf of Himself and All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| | ) Case No. 6:17-cv-01399-MGL |
| v. | ) ) CLASS ACTION |
| SPAN-AMERICA MEDICAL SYSTEMS, INC., JAMES D. FERGUSON, RICHARD C. COGGINS, THOMAS F. GRADY, JR., DAN R. LEE, THOMAS J. SULLIVAN, THOMAS D. HENRION, LINDA D. NORMAN, ROBERT H. DICK, TERRY ALLISON RAPPUHN, SAVARIA CORPORATION, and SAVARIA (SC) INC., | ) ) DEMAND FOR JURY TRIAL ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION AND ORDER CLOSING AND TERMINATING THE ACTION

WHEREAS, on July 11, 2017, the Court entered an Order dismissing without prejudice the complaint in the above-captioned action and retaining jurisdiction solely for considering any application for an award of attorneys' fees and expenses;

WHEREAS, the parties have reached agreement with respect to payment of attorneys' fees and expenses, in full satisfaction of any claims for attorneys' fees or expenses in the above-captioned action or in any of the following related actions: *Porter v. Span-America Medical Systems, Inc. et al.*, C.A. No. 6:17-cv-01357-MGL (D.S.C.) or *Pill v. Span-America Medical Systems, Inc., et al.*, C.A. No. 6:17-cv-01375-MGL (D.S.C.);

There being no further issue for the Court to consider, the Court, at the request of the parties, hereby issues the following order:

1. The above-captioned action is terminated and administratively closed, with the Court no longer retaining jurisdiction to consider any application for an award of attorneys' fees and expenses.

| | |
|---|---|
| Dated: September 8, 2017 | **NEXSEN PRUET, LLC** |
| | By: */s/Andrew A. Mathias* |
| | Andrew A. Mathias (Fed. ID # 10166) |
| **OF COUNSEL:** | P. O. Drawer 10648 |
| | Greenville, South Carolina 29603 |
| **RIGRODSKY & LONG, P.A.** | Telephone: (864) 282-1163 |
| Brian D. Long | Facsimile: (864) 477-2631 |
| Gina M. Serra | E-Mail: spatel@nexsenpruet.com |
| 2 Righter Parkway, Suite 120 | amathias@nexsenpruet.com |
| Wilmington, Delaware 19803 | |
| Telephone: (302) 295-5310 | *Attorneys for Plaintiff* |
| Facsimile: (302) 654-7530 | |
| Email: bdl@rl-legal.com | |
| gms@rl-legal.com | |
| | |
| **RM LAW, P.C.** | |
| Richard A. Maniskas | |
| 1055 Westlakes Drive, Suite 3112 | |
| Berwyn, Pennsylvania 19312 | |
| Telephone: (484) 324-6800 | |
| Facsimile: (484) 631-1305 | |
| Email: rm@maniskas.com | |
| | |
| Dated: September 8, 2017 | **WYCHE P.A.** |
| | By: */s/ Wallace K. Lightsey* |
| | Wallace K. Lightsey (Fed. ID # 1037) |
| **OF COUNSEL:** | Eric K. Graben (Fed. ID # 7344) |
| | 44 East Camperdown Way |
| **COOLEY LLP** | Greenville, South Carolina 29601 |
| Peter Adams | Telephone: (864) 242-8200 |
| Koji Fukumura | Facsimile: (864) 235-8900 |
| 4401 Eastgate Mall | Email: wlightsey@wyche.com |
| San Diego, CA 92121-1909 | egraben@wyche.com |
| Telephone: (858) 550-6059 | |
| Facsimile: (858) 550-6420 | |
| Email: padams@cooley.com | |
| kfukumura@cooley.com | |

SO ORDERED this 12th day of September, 2017

        s/Mary Geiger Lewis
        THE HONORABLE MARY GEIGER LEWIS
        UNITED STATES DISTRICT JUDGE